# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00174-DAD-BAM |
| Plaintiff, | |
| v. | |
| DEVONE JOHNSON, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00241-DAD-BAM |
| Plaintiff, | ORDER FOLLOWING INFORMAL HEARING |
| v. | |
| GEOFFREY GUESS, | |
| Defendant. | |

On December 23, 2020, the court held an informal video conference at the request of counsel Roger Bonakdar to address an order to show cause that issued on December 16, 2020 due to counsel's failure to timely appear at hearings in the above referenced cases. Counsel is advised that the following individuals were present for the December 15, 2020 hearing on the above referenced cases: AUSA Stephanie Stokman, AUSA Antonio Pataca, Pretrial Services Officer Elizabeth Gutierrez, Probation Officer Chet Bou, Court Reporter Rachel Lundy, and United States Marshals Mark Yang and Kong Vang.

1

As discussed at that informal hearing, Mr. Bonakdar shall send a letter of apology for his tardiness within **three (3) days** of the date of entry of this order at which time the order show cause will be discharged and shall courtesy copy courtroom clerks of his letter.

IT IS SO ORDERED.

Dated:   **December 23, 2020**

UNITED STATES MAGISTRATE JUDGE